IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CENTRAL STATES, SOUTHEAST AND SOUTHWEST AREAS PENSION FUND; and ARTHUR H. BUNTE, JR., as Trustee,<br><br>*Plaintiffs,*<br><br>v.<br><br>WOLFSON CAPITAL VENTURE, LTD., a Missouri corporation, d/b/a WEISS BRENTWOOD VOLVO,<br><br>*Defendant.* | Case No. 13-CV-5023<br><br>Judge Holderman<br><br>Magistrate Judge Kim |

**AGREED MOTION FOR**
**ENTRY OF CONSENT JUDGMENT**

NOW COME Plaintiffs, Central States, Southeast and Southwest Areas Pension Fund (the "Pension Fund") and Arthur H. Bunte, Jr., as Trustee, by and through their undersigned counsel, and hereby move the Court to enter a consent judgment in favor of Plaintiffs and against Defendant Wolfson Capital Venture, Ltd. d/b/a Weiss Brentwood Volvo ("Wolfson"). In support of this agreed motion, Plaintiffs state as follows:

1. On July 15, 2013, Plaintiffs filed this action against Wolfson under the Employee Retirement Income Security Act of 1974, as amended by the Multiemployer Pension Plan Amendments Act of 1980, in order to collect delinquent contributions due

and owing to the Pension Fund, as well as interest, liquidated damages, attorneys' fees, and costs.

2. On September 5, 2013, Plaintiffs' attorney consulted with Michael F. Harris, counsel for Wolfson, and he agreed to consent to a judgment against Wolfson.

3. Plaintiffs and Wolfson have agreed to the terms of the Consent Judgment (attached hereto as *Exhibit A*).

4. A copy of the proposed Consent Judgment will be electronically submitted to the Court's e-mail address for proposed orders.

**WHEREFORE**, Plaintiffs respectfully request that the Court enter the Consent Judgment attached hereto as *Exhibit A*.

Respectfully submitted,

*/s/ Jason P. Faust*
Jason P. Faust (ARDC #06307787)
CENTRAL STATES FUNDS
Law Department
9377 West Higgins Road, 10th Floor
Rosemont, Illinois 60018
(847) 518-9800, Ext. 3469
jfaust@centralstatesfunds.org

September 24, 2013                    ATTORNEY FOR CENTRAL STATES

## CERTIFICATE OF SERVICE

I, Jason P. Faust, one of the attorneys for the Central States, Southeast and Southwest Areas Pension Fund, certify that on September 24, 2013, I electronically filed the foregoing *Agreed Motion for Entry of Consent Judgment* with the Clerk of the Court using the ECF system. This filing was served on all parties indicated on the electronic filing receipt via the ECF system.

>*/s/ Jason P. Faust*
>Jason P. Faust (ARDC #6307787)
>CENTRAL STATES FUNDS
>Law Department
>9377 W. Higgins Road, 10th Floor
>Rosemont, IL 60018
>(847) 518-9800, Ext. 3469
>jfaust@centralstatesfunds.org